IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAREN GREENE,

        Plaintiff,

vs.

SOUTHEAST PORTLAND ANIMAL HOSPITAL et al.,

        Defendants.

Civil No. 07-1414-HU

OPINION AND ORDER

KING, District Judge:

The matter before the court is plaintiff Karen Greene's application to proceed *in forma pauperis.*

An examination of the application reveals that plaintiff is unable to afford the costs of this action. Accordingly, IT IS ORDERED that the provisional *in forma pauperis* status given the plaintiff is confirmed. This action may go forward without the payment of fees or costs. However, for the reasons set forth below, plaintiff's complaint is dismissed, without service of process, because the face of the complaint shows that this court lacks jurisdiction over plaintiff's claims.

Pursuant to the federal *in forma pauperis* statute, codified at 28 U.S.C. § 1915(d), the court is authorized to dismiss an *in forma pauperis* complaint before service of process if the

1   - OPINION AND ORDER

complaint fails to state a claim for which relief may be granted. Neitzke v. Williams, 490 U.S. 319, 327 (1989).

Plaintiff has filed a complaint for veterinary medical malpractice, negligence, mistreatment of animals, neglect, outrageous conduct and "other charges." In lieu of allegations and a prayer for relief, the complaint says, "See attached list of defendants, see attached Exhibit A."

Exhibit A to the complaint is an order dated August 22, 2007, from the Oregon Supreme Court, in Oregon Supreme Court No. S054873. The order states that petitioner's motion combining a request for leave to file an amended petition [for] review and for an extension of time to file the amended petition for review is denied. The caption of the order lists defendants named in this case, including Southeast Portland Animal Hospital, Northwest Veterinary Specialists, Hawthorne Pet & Animal Clinic, aka Holistic Pet & Vet Clinic, Jeffrey Judkins, and Robert Ulbrich.

Plaintiff's citation to Exhibit A in the complaint indicates that the instant case is an appeal from the Oregon Supreme Court's order. This court has no subject matter jurisdiction over such a claim.

Federal courts are courts of limited jurisdiction. The court's power to adjudicate claims is limited to that granted by Congress. Nieto v. Ecker, 845 F.2d 868, 871 (9th Cir. 1988). Unless a grant of jurisdiction over a particular case affirmatively appears, the court is presumed to lack jurisdiction. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 376-78 (1994).

As a court of original jurisdiction, the district court has no authority to review the final determinations of a state court in judicial proceedings. <u>Worldwide Church of God v. McNair</u>, 805 F.2d 888 (9th Cir. 1986).

The motion to proceed *in forma pauperis* is GRANTED, and the action is DISMISSED.

IT IS SO ORDERED.

Dated this __22nd__ day of ____October_____, 2007.

/s/ Garr M. King
_____
Garr M. King
United States District Judge

3 - OPINION AND ORDER